Philip R. Sellinger
Todd L. Schleifstein
Aaron Van Nostrand
GREENBERG TAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900 (Phone)
(973) 301-8410 (Facsimile)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD SCHWARTZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS RENT A CAR SYSTEM, LLC and AVIS BUDGET GROUP, INC.,<br><br>Defendants. | Civ. Act. No. 11 Civ. 4052 (JLL) (JAD) |

<b><u>NOTICE OF MOTION FOR SUMMARY JUDGMENT</u></b>

TO:  Bruce D. Greenberg, Esq.
     Lite DePalma Greenberg, LLC
     2 Gateway Center, 12th Floor
     Newark, New Jersey 07102
     Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that, on May 5, 2014, or as soon thereafter as counsel may be heard, defendants Avis Rent A Car System, LLC and Avis Budget Group, Inc. (collectively "Avis") shall move before the Honorable Jose L. Linares at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Courtroom 5D, Newark, New Jersey, for an order granting summary judgment

NJ 228043089v1

as to the claims asserted by plaintiff in the Third Amended Class-Action Complaint, pursuant to Fed. R. Civ. P. 56.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Avis will rely upon the Memorandum of Law, Statement of Undisputed Material Facts and Certification of Aaron Van Nostrand submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78.1(b), Avis requests oral argument on this motion.

**GREENBERG TRAURIG LLP**

  /s/ Philip R. Sellinger
Philip R. Sellinger
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932-0677
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410
sellingerp@gtlaw.com
*Attorneys for Defendants*

Dated: March 14, 2014

NJ 228043089v1