

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

April 24, 2015

**VIA ECF**
Hon. Joseph A. Dickson, U.S.M.J.
United States District Court for the
  District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ  07101

      Re:  **Schwartz v. Avis Rent A Car System, LLC**
             **Civil Action No. 2:11-cv-4052-JLL-JAD**

Dear Judge Dickson:

      Together with our co-counsel, this office represents plaintiff Edward Schwartz and the certified class in this matter.  Your Honor directed that a report on the status of this matter be submitted today.  Accordingly, this letter is submitted on behalf of all parties.

      As stated in my April 1, 2015 status letter to Judge Linares, Dkt. No. 165, which was submitted on behalf of all parties, the parties reached agreement on settlement terms for the class.  The parties then turned to the issue of attorneys' fees.

      As of April 1, plaintiff and the class had made a proposal regarding attorneys' fees.  The parties respectfully request that they be permitted to report back to the Court no later than May 8, 2015, by which time Avis expects to have responded to the proposal of plaintiff and the class.

      Thank you very much for your consideration.

                                      Respectfully,

                                      *s/ Bruce D. Greenberg*

                                      Bruce D. Greenberg

BDG:abm
cc:  All counsel (via ECF)

482070.1