**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiffs and the Classes*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD SCHWARTZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS RENT A CAR SYSTEM, LLC, and AVIS BUDGET GROUP, INC.,<br><br>Defendants. | Civil Action No. 11-4052 (JLL) (JAD) |
| DANIEL KLEIN and STEPHANIE KLEIN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BUDGET RENT A CAR SYSTEM, INC. and AVIS BUDGET GROUP, INC.,<br><br>Defendants. | Civil Action No. 12-7300 (JLL) (JAD)<br><br><br>**PLAINTIFFS' UNOPPOSED NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that on February 16, 2016, at 10:00 a.m., or soon thereafter as counsel may be heard, plaintiffs will move before Hon. Jose L. Linares, U.S.D.J., at the U.S. District Court, M.L. King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New

547350.1

Jersey 07102, for the entry of an Order:

(1) preliminarily certifying settlement classes with respect to the claims against defendants pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), including amending the definition of the certified class in *Schwartz v. Avis*, appointing Plaintiffs' Counsel, Lite DePalma Greenberg, LLC and Karon, LLC, as counsel for the Settlement Classes, and appointing plaintiff Edward Schwartz as class representative for the *Schwartz v. Avis* settlement class and Daniel and Stephanie Klein as class representatives for the *Klein v. Budget* settlement class;

(2) preliminarily approving the proposed Settlement;

(3) directing notice to class members consistent with the Notice Plan in the Settlement; and

(4) scheduling a final approval hearing.

In support of plaintiffs' motion, plaintiffs will rely upon the accompanying Memorandum of Law and Declaration of Bruce D. Greenberg with exhibits. A proposed form of Order is submitted herewith.

**Defendants consent to the relief sought in this motion**. Accordingly, plaintiffs request that this motion be decided on the papers pursuant to Fed. R. Civ. P. 78.

Dated: January 22, 2016　　　　　　　　**LITE DEPALMA GREENBERG, LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Bruce D. Greenberg*
　　　　　　　　　　　　　　　　　　　　Bruce D. Greenberg
　　　　　　　　　　　　　　　　　　　　570 Broad Street, Suite 1201
　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　　　Telephone: (973) 623-3000
　　　　　　　　　　　　　　　　　　　　Facsimile: (973) 623-0858
　　　　　　　　　　　　　　　　　　　　brgreenberg@litedepalma.com

**KARON LLC**
Daniel R. Karon
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Facsimile: (216) 241-8175
karon@gskplaw.com

**MILLER GOLER FAEGES LAPINE, LLP**
Jay R. Faeges
1301 E. 9th St., Suite 2700
Cleveland, OH 44114-1835
Telephone: (216) 696-3366
Facsimile: (216) 363-5835
faeges@mgfl-law.com

*Attorneys for Plaintiffs and the Classes*

## CERTIFICATE OF SERVICE

      I, Bruce D. Greenberg, hereby certify that on January 22, 2016, I caused a copy of (a) Notice of Plaintiffs' Unopposed Motion For Preliminary Approval of Class Action Settlement; (b) Memorandum of Law in Support of Plaintiff's Unopposed Motion For Preliminary Approval of Class Action Settlement; and (c) Declaration of Bruce Greenberg with Exhibits, to be served upon all counsel of record through the Court's ECF system.

                                             */s/ Bruce D. Greenberg*
                                             Bruce D. Greenberg