JANET L. GOLD, ESQUIRE
**EISENBERG, GOLD, CETTEI & AGRAWAL, P.C.**
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
Telephone: (856) 330-6200
Facsimile: (856) 330-6207
Email: jgold@egclawfirm.com
File No. RL-241-G
Attorney for Mark Ray

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD SCHWARTZ, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS RENT A CAR SYSTEM, LLC and AVIS BUDGET GROUP, INC.,<br><br>Defendants. | 11 Civ. 4052 (JLL) (JAD) |
| DANIEL KLEIN and STEPHANIE KLEIN, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUDGET RENT A CAR SYSTEM, INC. and AVIS BUDGET GROUP, INC.,<br><br>Defendants. | 12 Civ. 7300 (JLL) (JAD) |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Mark Ray, a Class Member/Objector.

Date:  April 6, 2016            */s/ Janet L. Gold*
                               Janet L. Gold, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, I caused to be filed the foregoing **Entry of Appearance** using the court's ECF system, which will provide a copy thereof to counsel who have entered appearances in this matter.

Date:  April 6, 2016                             */s/ Janet L. Gold*
                                                                Janet L. Gold, Esquire