**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiffs and the Classes*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD SCHWARTZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AVIS RENT A CAR SYSTEM, LLC, and AVIS BUDGET GROUP, INC.,<br><br>    Defendants. | Civil Action No. 11-4052 (JLL) (JAD) |
| DANIEL KLEIN and STEPHANIE KLEIN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BUDGET RENT A CAR SYSTEM, INC. and AVIS BUDGET GROUP, INC.,<br><br>    Defendants. | Civil Action No. 12-7300 (JLL) (JAD)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FOR INCENTIVE AWARDS TO NAMED PLAINTIFFS, AND FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

**PLEASE TAKE NOTICE** that on May 25, 2016, at 10:00 a.m., a date and time previously selected by the Court (see ECF No. 180), or soon thereafter as counsel may be heard, plaintiffs will move before Hon. Jose L. Linares, U.S.D.J., at the U.S. District Court, M.L. King,

Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for the entry of an Order:

(1) finally certifying settlement classes with respect to the claims against defendants pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

(2) finally approving the proposed Settlement;

(3) making incentive awards to the class representatives; and

(4) awarding attorneys' fees and reimbursement of expenses to Plaintiffs' Counsel..

In support of that portion of plaintiffs' motion that relates to settlement class certification and settlement approval, plaintiffs will rely upon the accompanying Memorandum of Law and Declaration of Bruce D. Greenberg with exhibits.  In support of that portion of plaintiffs' motion that relates to an award of attorneys' fees and reimbursement of expenses, and incentive awards to the class representatives, plaintiffs will rely upon the accompanying documents and on a Memorandum of Law and accompanying papers to be submitted not later than May 20, 2016, pursuant to this Court's prior Order (see ECF No. 180).  A proposed form of Order is submitted herewith.

Plaintiffs respectfully request oral argument on May 25, 2016.

Dated: May 2, 2016               **LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
brgreenberg@litedepalma.com

2

**KARON LLC**
Daniel R. Karon
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Facsimile: (216) 241-8175
karon@gskplaw.com

**MILLER GOLER FAEGES LAPINE, LLP**
Jay R. Faeges
1301 E. 9th St., Suite 2700
Cleveland, OH 44114-1835
Telephone: (216) 696-3366
Facsimile: (216) 363-5835
faeges@mgfl-law.com

*Attorneys for Plaintiffs and the Classes*

## **CERTIFICATE OF SERVICE**

  I, Bruce D. Greenberg, hereby certify that on May 2, 2016, I caused a copy of (a) Notice of Plaintiffs' Unopposed Motion For Preliminary Approval of Class Action Settlement; (b) Memorandum of Law in Support of Plaintiff's Unopposed Motion For Preliminary Approval of Class Action Settlement; and (c) Declaration of Bruce Greenberg with Exhibits, to be served upon all counsel of record through the Court's ECF system.

               */s/ Bruce D. Greenberg*
               Bruce D. Greenberg

594507.1