# EXHIBIT G

## Bandas Overruled Objections[1]

1. *Embry v. ACER Am. Corp.,* No. 09-cv-01808 (N.D. Cal.)
   a. Final approval granted
   b. Objections overruled
   c. Court ordered $70,650 appeal bond

2. *Lockwood v. Certegy Check Servs.*, No. 07-cv-01434 (M.D. Fla.)

   a. Final approval granted
   b. Objections withdrawn or overruled

3. *Dennings v. Clearwire Corp.*, No. 10-cv-01859 (W.D. Wash.)

   a. Final approval granted
   b. Objections overruled
   c. Objectors appealed final approval
   d. Appeal bond ordered $41,150 appeal bond
   e. Appeal bond not timely posted twice, leading court to sanction Bandas by revoking his *pro hac vice* status

4. *Fauley v. Metropolitan Life*, No. 14 CH 1518 (Cir. Ct. Lake Co., IL)

   a. Final approval granted
   b. Objections overruled

5. *Doherty v Hertz Corp.*, No. 10-cv-00359 (D.N.J.)

   a. Final approval granted
   b. Objections overruled

6. *Wilkins v HSBC Bank Nevada NA*, No. 14-cv-00190 (N.D. Ill.)

   a. Final approval granted
   b. Objections overruled

7. *Poertner v. The Gillette Co.*, No. 12-cv-00803 (M.D. Fla.)

   a. Final approval granted
   b. Objections overruled

---

[1] Collected from www.serialobjector.com (last visited May 10, 2016). Although this website lists 12 more cases, these 12 cases are not listed here because either the courts have not yet ruled on Bandas's objection or because fees were adjusted, which adjustments did *not* appear to involve the substance of Bandas's objections.

8. *In re TFT-LCD (Flat Panel) Antitrust Litig.*, 07-md-01827 (N.D. Cal.)

   a. Final approval granted
   b. Objections overruled

9. *Hartless v. Clorox Co.*, No. 06-cv-02705 (S.D. Cal.)

   a. Final approval granted
   b. Objections overruled

10. *Smith v. Intuit*, No. 12-cv-00222 (N.D. Cal.)

    a. Final approval granted
    b. Objections overruled

11. *Hefert v. Crayola*, No. 11-cv-01301 (W.D. Wash.)

    a. Final approval granted
    b. Objections overruled
    c. Court ordered $20,000 appeal bond

12. *In re Pre-Filled Propane Tank Mktg. & Sales Prac. Litig.*, No. 09-md-02086 (W.D. Mo.)

    a. Final approval granted
    b. Objections overruled
    c. Court ordered $25,000 appeal bond

13. *Hamilton v. Suntrust Mortgage, Inc.*, No. 13-cv-60749 (S.D. Fla.)

    a. Final approval granted
    b. Objections overruled
    c. Court ordered $15,000 appeal bond

14. *Hohenberg v. Ferrero USA, Inc.*, No. 11-cv-00205 (S.D. Cal.)

    a. Final approval granted
    b. Objections overruled

15. *Franklin v. Wells Fargo Bank*, No. 14-cv-02349 (S.D. Cal.)

    a. Objections withdrawn before final-approval hearing
    b. Final approval granted

2

16. *Montanez v. Gerber Childrenswear*, No. 09-cv-07420 (C.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled


17. *Hall v. Bank of Am., N.A.,* No. 12-cv-22700 (S.D. Fla.)

    a.  Final approval granted
    b.  Objections overruled


18. *In re Life Time Fitness, Inc. TCPA Litig.*, No. 14-md-02564 (D. Minn.)

    a.  Final approval granted
    b.  Objections overruled
    c.  Court ordered $890 appeal bond

19. *Fladell v. Wells Fargo Bk.,* No. 13-cv-60721 (S.D. Fla.)

    a.  Final approval granted
    b.  Objections overruled


20. *Ko v. Natura Pet Prods.*, No. 09-cv-02619 (N.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled


21. *Kacsuta v. Lenovo*, No. 13-cv-00316 (C.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled


22. *In re Capital One TCPA Litig.*, No. 12-cv-10064 (N.D. Ill.)

    a.  Final approval granted
    b.  Objections overruled


23. *Brody v. Merck & Co., Inc.*, No. 12-cv-04774 (D.N.J.)

    a.  Final approval granted
    b.  Objections overruled
    c.  Court ordered $15,000 appeal bond

24. *Fishbein v. All Market, Inc.*, No. 11-cv-05580 (S.D.N.Y.)

    a.  Final approval granted
    b.  Objections overruled

25. *Rossi v. The Proctor & Gamble Co.,* No. 11-cv-07238 (D.N.J.)

    a.  Final approval granted
    b.  Objections overruled

26. *Walker v. Discover Fin. Servs., Inc.,* No. 10-cv-06994 (N.D. Ill.)

    a.  Final approval granted
    b.  Objections overruled

27. *Fraley v. Facebook,* No. 11-cv-01726 (N.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled

28. *Milliron v. T-Mobile USA, Inc.,* No. 08-cv-04149 (D.N.J.)

    a.  Final approval granted
    b.  Objections overruled

29. *Nwabeuze v. AT&T,* No. 09-cv-01529 (N.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled

30. *In re CertainTeed Fiber Cement Siding Litig,* No. 11-md-02270 (E.D. Pa.)

    a.  Final approval granted
    b.  Objections overruled

31. *Yoo v. Wendy's Int'l,* No. 07-cv-04515 (C.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled

32. *In re National Football League Players' Concussion Injury Litig.,* No. 12-md-02323 (E.D. Pa.)

    a.  Final approval granted
    b.  Objections overruled
    c.  Final approval affirmed by Third Circuit

33. *Allen v. JPMorgan Chase Bk,* No. 13-cv-08285 (N.D. Ill.)

    a.  Final approval granted
    b.  Objections overruled

    c.  Court ordered $121,886 appeal bond

34. *Rose v. Bank of Am. Corp.,* No. 11-cv-02390 (N.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled

35. *In re Bank of Am. Credit Protection Mktg. & Sales Practices Litig.,* No. 11-md-02269 (N.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled

36. *Adams v. AllianceOne Receivables Mgmnt.,* No.08-cv-00248 (S.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled

37. *In re Apple In-App Purchase Litig.,* No. 11-cv-01758 (N.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled

38. *In re Google Buzz Privacy Litig.,* No. 10-cv-00672 (N.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled

39. *Lockwood v. Certegy Check Servs.,* No. 07-cv-01434 (M.D. Fla.)

    a.  Final approval granted
    b.  Objections overruled

40. *Chaves v. Blue Sky Natural Beverage Co.,* No. 06-cv-06609 (N.D. Cal.)

    a.  Final approval granted.
    b.  Having failed to prove class membership, Bandas's objector lacked standing so objection was overruled
    c.  Bandas's objector appealed
    d.  Appeal dismissed for Bandas's failure to file opening brief

41. *Batmanghelich v. Serius XM Radio,* No. 09-cv-09190 (C.D. Cal.)

    a.  Final approval granted
    b.  Objections overruled