UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD SCHWARTZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AVIS RENT A CAR SYSTEM, LLC, and AVIS BUDGET GROUP, INC.,<br><br>    Defendants. | **Civil Action No. 11-4052 (JLL) (JAD)** |
| DANIEL KLEIN and STEPHANIE KLEIN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BUDGET RENT A CAR SYSTEM, INC. and AVIS BUDGET GROUP, INC.,<br><br>    Defendants. | **Civil Action No. 12-7300 (JLL) (JAD)** |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Mark Ray appeals to the United States Court of Appeals for the Third Circuit from the Opinion in Case No. 12-7300 (JLL) (JAD) (Doc. No. 72) and Case No. 11-4052 (JLL) (JAD) (Doc. No. 191) entered in this action on June 21, 2016 and the Order Granting Motion for Final Approval of Class Action Settlement, Final Judgment and Order of Dismissal in Case No. 12-7300 (JLL) (JAD) (Doc. No. 73) and Case No. 11-4052 (JLL) (JAD) (Doc. No. 192) entered in this action on June 21, 2016 and all orders and opinions that merge therein.  The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal.

Dated: June 29, 2016.

*/s/ Janet L. Gold, Esquire*
Janet L. Gold, Esquire
Eisenberg, Gold, Cettei & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
Telephone: (856) 330-6200
Facsimile: (856) 330-6207
Email: jgold@egclawfirm.com

*Attorney for Objector Mark Ray*

2

## Certificate of Service

The undersigned certifies that today she filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies she caused to be served via USPS First Class Mail, postage prepaid, a copy of this Notice of Appeal upon the following:

Daniel R. Karon, Esq. Karon LLC
700 West St. Clair Avenue, Suite 200
Cleveland, Ohio 44113

Bruce D. Greenberg, Esq.
Lite DePalma Greenberg, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102

Philip R. Sellinger, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, New Jersey 07932

Dated: June 29, 2016                             */s/ Janet L. Gold, Esquire*
                                                  Janet L. Gold, Esquire