# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

EDWARD SCHWARTZ

      VS.

AVIS RENT A CAR SYSTEM, LLC.

: CV-11-4052(JLL)

:

:

:  **CLERK'S CERTIFICATE OF CASH DEPOSIT**

:

:

:

I hereby certify that on ___8/17/16, $15,000.00___ was deposited in the Registry pursuant to the Court's Order dated 8/3/16.

Very truly yours,

William T. Walsh, Clerk

by: _[signature]_ 8-19-16
    Deputy Clerk