# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>16-3012 & 16-3013</u>

Edward Schwartz, et al v. Avis Rent A Car System Inc, et al

(Originating Case Nos. 2-11-cv-04052, 2-12-cv-07300)

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: November 21, 2016
JK/cc: Christopher A. Bandas, Esq.
Robert W. Clore, Esq.
Bruce D. Greenberg, Esq.
Philip R. Sellinger, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.