

Philip R. Sellinger
Tel 973.360.7910
Fax 973.301.8410
sellingerp@gtlaw.com

October 16, 2017

**VIA ECF**

The Honorable Jose L. Linares
United States District Judge
United States District Court
  for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

>   Re:   Schwartz v. Avis Rent A Car Sys., LLC
>         11 Civ. 4052 (JLL) (JAD)
>         Klein v. Budget Rent a Car Sys., Inc.
>         12 Civ. 7300 (JLL) (JAD)

Dear Judge Linares:

    We represent Defendants in these actions. We write to seek Your Honor's approval of an arrangement to which the parties have agreed regarding the treatment of unclaimed benefits from the Class Action Settlement in these matters (the "Settlement"). Class counsel takes no position on this request.

    By way of background, on June 21, 2016, Your Honor entered an Order granting final approval of the Settlement (DE 192). The administration of the Settlement and the distribution of settlement benefits to the class members were delayed by the pendency of an appeal of that Order to the Third Circuit by an objector to the Settlement. That appeal was eventually dismissed, and the claims administrator began distributing settlement benefits to the class members on February 20, 2017.

    A number of settlement checks to class members were either returned to the claims administrator as undeliverable or went uncashed past the stale date of the checks of May 18, 2017. The parties agreed to a protocol to address this issue, pursuant to which the claims administrator continued to honor requests for check re-issues until August 18, 2017. The claims administrator then did a final round of check re-issues in late August and early September 2017, with a stale date of October 9, 2017. By agreement of the parties, the claims administrator intends to complete and wind down the settlement distribution process by the end of November 2017.

    Notwithstanding these efforts, $33,280.80 in undisbursed settlement funds remains in the claims administrator's account. Defendants therefore respectfully request that Your

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN**
BOSTON
BRUSSELS**
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO**
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH
*OPERATES AS GREENBERG TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410

The Honorable Jose L. Linares
October 16, 2017
Page 2

Honor approve the parties' agreement that these unpaid amounts may be refunded to Defendants.

The parties thank the Court for its courtesies.

Respectfully submitted,

/s/ *Philip R. Sellinger*

PHILIP R. SELLINGER

cc: All Counsel of Record (via ECF)

SO ORDERED: [signature]

DATED: 11/8/17